THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CRAIG PITTMAN     v.     EXPERIAN INFORMATION SOLUTIONS INCORPORATED, *et al.*

The Honorable John W. Sedwick     Case No.  2:15-cv-01351-JWS

PROCEEDINGS: **ORDER FROM CHAMBERS**     DATE:  May 19, 2016

    At docket 43 plaintiff and the only remaining defendant, Account Recovery Services, Inc. ("ARS"), have stipulated to dismissal of plaintiff's claims against ARS with prejudice, each party to bear his or its own fees and costs.  This stipulation is effective without a court order.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  Now that the claims against the last remaining defendant have been resolved, the Clerk of Court will please close this case.

    _____